IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS                                             PLAINTIFF

VS.                       CASE NO. 4:10CV00102 JMM

MACK A. CHUKES, ET AL.                                               DEFENDANTS

### ORDER

The Motion for Entry of Appearance *Pro Hac Vice* is granted (#3). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Thomas P. Riley is hereby permitted to appear and participate in this action as counsel for plaintiff. Pursuant to Local Rule 83.5(d) the requirement that Thomas P. Riley designate local counsel is waived subject to further Order of the Court.

Plaintiff shall serve a copy of this Order on the defendants and file a Certificate of Service of Order promptly thereafter.

IT IS SO ORDERED this __25__ day of March, 2010.

James M. Moody
United States District Judge