IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTION, INC.                                         PLAINTIFF

VS.                         CASE NO. 4:10CV000102 JMM

MACK A. CHUKES, ET AL.                                                DEFENDANTS

## ORDER

Based upon Plaintiff's Notice of Voluntary Dismissal, the complaint filed in the above styled case is dismissed with prejudice (#6).  The Clerk of the Court is directed to make the appropriate entries into the docket reflecting the dismissal of the complaint and that the case is closed.

IT IS SO ORDERED this  30   day of April, 2010.


_____
James M. Moody
United States District Judge